UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al.,[1] | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:20 CV 1435 JMB ) |
| DANNA EXCAVATING, LLC, | ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered against Defendant Danna Excavating, LLC in the amount of $21,232.38.

Dated this 2nd day of November, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs are Construction Industry Laborers Pension Fund, Patrick R. Pryor, Steve Schrimpf, Construction Industry Laborers Welfare Fund, and James P. Fitzgerald (collectively referred to as "Plaintiffs").