IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DANNA EXCAVATING, LLC, <br><br> Defendant, <br><br> and <br><br> CENTRAL BANK, <br><br> Garnishee. | No. 4:20-CV-1435-JMB <br> Return Date: December 22, 2021 |

**<u>WRIT OF EXECUTION</u>**

UNITED STATES OF AMERICA, Eastern District of Missouri;

The President of the United States of America,

GREETINGS:

WHEREAS, on the 2nd day of November 2021, at the District Court of the United States for the Eastern District of Missouri, Eastern Division, Plaintiffs Construction Industry Laborers Pension Fund, et al., recovered against Defendant/Judgment Debtor Danna Excavating, LLC, in the sum of $21,232.38 plus interest in an action decided in said Court, leaving $21,233.86, including interest in the amount of $1.48, unsatisfied.

THESE are, therefore, to command you, that of the goods and chattels, lands and tenements of the said Defendant and Judgment Debtor you cause to be paid $21,233.86 and that you have the same before the Judge of our Court by December 22, 2021 to render to the same Plaintiffs/Judgment Creditors, and that you certify to our said Judge how you executed the Writ.

{00479005;CILE20-178;AA }

NOTICE, that a garnishment has been levied and that certain funds may be exempt under Sections 513.430 and 513.440, RSMo or under Title 31 C.F.R. Part 212. Defendant/Judgment Debtor Danna Excavating, L.L.C. has the right to hold said funds as exempt from garnishment and may claim any exemption under state or federal law with the Court within twenty (20) days after being served with the notice of garnishment.

WITNESS, the Judge of the United States District Court for the Eastern District of Missouri, this ____ day of November, 2021. Issued at office in the City of St. Louis, under the seal of said District Court, the day and year last mentioned.

                CLERK, UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF MISSOURI

                _____
                BY: DEPUTY