IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  No. 4:20-CV-1435-JMB )  Return Date: December 22, 2021 |
| DANNA EXCAVATING, LLC, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| CENTRAL BANK, | ) ) |
| Garnishee. | ) |

## SUMMONS

TO:   Central Bank
      2996 Highway K
      O'Fallon, Missouri 63368

Note:  This garnishment is directed to any and all property belonging to and assets of Defendant and Judgment Debtor, Danna Excavating, LLC, whose last known address is 29973 Glen Road, Wright City, Missouri 63390, including but not limited to any and all depository accounts held in the name or of for the benefit of said Defendant and Judgment Debtor, any income or debts due to said Defendant and Judgment Debtor, which is in your custody and control, and which is subject to garnishment.

I, the undersigned, DO DECLARE TO YOU that I attach and levy upon debts owing by you to Defendant and Judgment Debtor, Danna Excavating, LLC, with all personal property, money, rights, credits, bonds, bills, notes, drafts, checks and also all other personal property, as well as other kinds as of the kinds aforesaid, including all manner and

{00478994;CILE20-178;AA }

kinds of property whatsoever liable to garnishment, to the said Defendant and Judgment Debtor, Danna Excavating, LLC, in your possession or charge or under your control, or now owing by you, and all that may come into your possession, charge or control, or become owing by you, between this time and the time of filing your answers herein;

AND I FURTHER DECLARE TO YOU that I do attach and levy upon all debts now due from you to said Defendant and Judgment Debtor, Danna Excavating, LLC, and also all that may become due hereafter and before said time of your answer, or so much thereof as shall be sufficient to satisfy the sum of Twenty-One Thousand Two Hundred Thirty-Three and 86/100 ($21,233.86) Dollars.

AND I FURTHER DECLARE TO YOU that I do summon you as garnishee aforesaid to be and appear before the Judge of the United States District Court, Eastern District of Missouri, Eastern Division, in the City of St. Louis, Missouri on December 22, 2021 then and there to answer such allegations in interrogatories as may be exhibited by the above-named plaintiffs.

Given under my hand at the office in St. Louis, Missouri, this _____ day of November, 2021.

_____
HPS Process Service & Investigations