IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CONSTRUCTION INDUSTRY LABORERS )
PENSION FUND, et al., )
 )
                              Plaintiffs, )
 )
     v. )   No.  4:20-CV-1435-JMB
 )   Return Date:  December 22, 2021
DANNA EXCAVATING, LLC, )
 )
                              Defendant, )
 )
     and )
 )
CENTRAL BANK, )
 )
                              Garnishee. )

### INTERROGATORIES TO GARNISHEE

TO:    Central Bank
       2996 Highway K
       O'Fallon, Missouri 63368

Note: This garnishment is directed to any and all property belonging to and assets of Defendant/Judgment Debtor, Danna Excavating, LLC, including but not limited to any and all depository accounts held in the name of or for the benefit of Danna Excavating, LLC, any income or debts due to said Defendant/Judgment Debtor, and any other property of whatever type belonging to Defendant/Judgment Debtor individually or jointly with any other person or entity, which is in your custody or control, and which is subject to garnishment.

INSTRUCTIONS: You are to answer interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the ORIGINAL to:

                    Clerk, United States District Court
                    111 South Tenth Street, Suite 3.300
                    St. Louis, Missouri 63102

and a COPY to the attorney for the Judgment Creditor listed below:

                    Colin H. Newbold
                    Arnold, Newbold, Sollars & Hollins, P.C.
                    1100 Main Street, Suite 2001
                    Kansas City, Missouri 64105
                    chnewbold@a-nlaw.com

{00478995;CILE20-178;AA }

Comes now Construction Industry Laborers Pension Fund, Construction Industry Laborers Welfare Fund and their respective Trustees, pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 90.13 of the Missouri Supreme Court Rules, and exhibits the following interrogatories to be answered by Central Bank, which was summoned as a Garnishee in this cause, to wit:

1.   At the time of service of garnishment, or at any time thereafter until the return date stated in the summons of garnishment, have you had in your possession or under your control any property, money (excluding wages, salary and commissions), or effects of the judgment debtor?

If so, state what property, how much, of what value and what money or effects.

ANSWER:

2.   At the time of service of the garnishment, or at any time thereafter until the return date stated in the summons of garnishment, did you owe the judgment debtor any money (including wages, salary, and commissions), or do you owe the judgment debtor any now?

ANSWER:

IF NOT YET DUE, WHEN WILL IT BECOME DUE?

If the amount owed judgment debtor is for wages, salary, or commission state:

a.    Amount owed after deductions required by law $_____

(Deductions required by law are limited to federal, state, and city income and earnings taxes and FICA taxes.)

b.    Amount withheld pursuant to the garnishment $_____

3.    Is the judgment debtor still within your employ?  If not, state the date his employment terminated.

ANSWER:

4.    At the time of service of the garnishment, or at any time thereafter until the return date stated in the summons of garnishment, will you or have you since become or are you now bound in any contract to pay the judgment debtor money not yet due?

If so, state the amount to be paid out and when due and payable.

ANSWER:

5.    Do you know of any person or entity, other than the judgment debtor, who claims an ownership interest in any property, money or effects of the judgment debtor or any amounts owed to the judgment debtor as disclosed by you in answer to interrogatories 1, 2 and 4?  If so, please provide the name and address of each such person or entity and identify the property, money or effects of the judgment debtor in which each such person or entity claims an interest?

ANSWER:

ARNOLD, NEWBOLD, SOLLARS & HOLLINS, P.C.


/s/ Colin H. Newbold
Colin H. Newbold, E.D. Bar No. 70549 MO
1100 Main Street, Suite 2001
Kansas City, Missouri 64105
Telephone:  (816) 421-5788
Facsimile:  (816) 471-5574
Attorneys for Plaintiffs-Garnishors


## GARNISHEE'S SWORN SIGNATURE


STATE OF                   )
                           )SS
COUNTY OF           )

The below named person, being duly sworn on oath, states that he/she has read the foregoing interrogatories and the answers given are true to the best of affiant's knowledge and belief.


_____
**Authorized Representative of**
**Central Bank**


Subscribed and sworn to before me this _____ day of _____, 20_____.


_____
Notary Public

My Commission Expires:

_____

{00478995;CILE20-178;AA }

4

## GARNISHEE'S CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 20_____, a copy of the answers to the foregoing Interrogatories to Garnishee was sent by United States mail, postage prepaid, to:  Mr. Colin H. Newbold, ARNOLD, NEWBOLD, SOLLARS & HOLLINS, P.C., 1100 Main Street, Suite 2001, Kansas City, Missouri 64105, Attorneys for Plaintiff-Garnishor.

_____
**Authorized Representative of**
**Central Bank**

{00478995;CILE20-178;AA }