IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.  4:20-CV-1435-JMB ) Return Date: December 22, 2021 |
| DANNA EXCAVATING, LLC, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| CENTRAL BANK, | ) ) ) |
| Garnishee. | ) |

MOTION TO APPOINT
SPECIAL PROCESS SERVER

Come now plaintiffs/judgment creditors and move the Court to appoint HPS Process Service & Investigations as a private process server in the above-styled cause for service of garnishment documents on garnishee, Central Bank.  HPS Process Service & Investigations possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

NAME AND ADDRESS OF PROCESS SERVER:

AAA Process Service, Inc.
Post Office Box 21788
St. Louis, Missouri 63109-0788

DATED: November 18, 2021

/s/ Colin H. Newbold
Colin H. Newbold, E.D. MO Bar No. 70549
1100 Main Street, Suite 2001
Kansas City, Missouri 64105
Phone:  (816) 421-5788
Fax:  (816) 471-5574
Attorneys for Plaintiffs

{00478996;CILE20-178;AA }